IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02713-BNB

ROSS ALLEY,

    Plaintiff,

v.

BEVERLY DOWIS,
DR. J. G. FORTUNATO, and
DR. PAULA FRANZ,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 9 2010

GREGORY C. LANGHAM
               CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 29, 2010, at Denver, Colorado.

                      BY THE COURT:

                      s/ Boyd N. Boland
                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02713-BNB

Ross Alley
Prisoner No. 84044
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/29/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk