IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02713-WYD-BNB

ROSS ALLEY,

      Plaintiff,

v.

BEVERLY DOWIS,
DR. J. G. FORTUNATO, and
DR. PAULA FRANTZ,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2010

GREGORY C. LANGHAM
————————————————— CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.  It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated:  February 1, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02713-WYD-BNB

Ross Alley
Prisoner No. 84044
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Beverly Dowis, Dr. J.G. Fortunato,
and Dr. Paula Frantz –  **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Beverly Dowis, Dr. J.G. Fortunato, and Dr. Paula Frantz: AMENDED COMPLAINT FILED 1/07/10, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/1/10           .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk