IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02713-WYD-BNB

ROSS ALLEY,

Plaintiff,

v.

BEVERLY DOWIS,
DR. J.G. FORTUNATO, and
DR. PAULA FRANZ,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Preliminary Scheduling Conference** [docket no. 19, filed April 13, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the preliminary Scheduling Conference previously set for April 23, 2010, is **vacated and reset for May 6, 2010**, **at 10:00 a.m.**, in Courtroom A-402, Fourth Floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado. The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C. COLO. LR 16.2 and 29.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. **Plaintiff and his case manager will contact the court at: (303) 844-6408 on the above date and time in order to participate.**

IT IS FURTHER ORDERED that a copy of this order is to mailed to the following:

CASE MANAGER FOR
ROSS ALLEY #84044
STERLING CORRECTIONAL FACILITY
P. O. BOX 6000
STERLING, CO 80751

DATED: April 13, 2010