IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02713-WYD-BNB

ROSS ALLEY,

Plaintiff,

v.

BEVERLY DOWIS,
DR. J.G. FORTUNATO, and
DR. PAULA FRANZ,

Defendants.
_____

**ORDER**
_____

This matter is before me on a paper filed by the plaintiff [Doc. #26, filed 05/13/2010] (the "Paper") seeking "to be referred . . . to a federal advocate." The Paper is addressed to "Sir." The plaintiff does not indicate that the paper was served on counsel for the defendants.

"[A] request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). "The rules governing captions and other matters of form in pleadings apply to motions and other papers." Fed. R. Civ. P. 7(b)(2). The plaintiff improperly submitted his request in the form of a letter, not in the form of a motion, as required.

In addition, the local rules of this Court prohibit ex parte communication with judicial officers:

> In the absence of previous authorization, no attorney or party to
> any proceeding shall send letters, pleadings or other papers or
> copies directly to a judicial officer. Unless otherwise instructed, all
> matters to be called to a judicial officer's attention shall be

> submitted through the clerk, with copies served on all other parties
> or their attorneys.

D.C.COLO.LCivR 77.2.

Copies of papers filed in this court are to be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b).

Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). This certificate should be filed along with the original papers and should show the day and manner of service. Id.

IT IS ORDERED that the Paper is STRICKEN.

IT IS FURTHER ORDERED that, in the future, all applications to the court for relief shall be submitted in the form of a motion and shall be served on counsel for the defendants in accordance with Rule 5.

Dated May 17, 2010.

                                                   BY THE COURT:

                                                   s/ Boyd N. Boland
                                                   United States Magistrate Judge