IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02713-WYD-BNB

ROSS ALLEY,

Plaintiff,

v.

BEVERLY DOWIS,
DR. J.G. FORTUNATO, and
DR. PAULA FRANZ,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Refute Defendants' Answer** [Doc. #28, filed 05/17/2010] (the "Motion"). The plaintiff seeks leave to file a reply to the defendants' Answer.

The Federal Rules of Civil Procedure provide that there shall be a complaint and answer. Fed. R. Civ. P. 7(a). Further pleadings are prohibited except that the court may order a reply to an answer. Id. The court has not ordered a reply, and my review of the pleadings shows that a reply is not necessary. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated May 19, 2010.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge