IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02713-WYD-BNB

ROSS ALLEY,

Plaintiff,

v.

BEVERLY DOWIS,
DR. J.G. FORTUNATO, and
DR. PAULA FRANZ,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Defendants' Motion for a Protective Order** [Doc. #35, filed 08/04/2010] (the "Motion"). The Motion is GRANTED.

On May 6, 2010, I entered a Scheduling Oder [Doc. #24] which limits discovery, in pertinent part, to "25 interrogatories per side; 25 requests for production of documents per side; and 25 requests for admissions per side, all including discrete subparts."

The plaintiff has submitted to the defendants written discovery requests which contain approximately 115 interrogatories and 78 requests for production of documents. The defendants request a protective order relieving them of their obligation to respond to the requests.

Upon a showing of good cause and as justice may require "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," a court may, among other things, enter a protective order providing that discovery be forbidden or be permitted only on specified terms. Fed. R. Civ. P. 26(c)(1).

The plaintiff's discovery requests are beyond the scope of discovery permitted by the Scheduling Order.

IT IS ORDERED that:

(1) The Motion [Doc. # 35] is GRANTED. The defendants are not required to respond to the plaintiff's discovery requests;

(2) The Scheduling Order is amended to extend the discovery deadline solely to allow the plaintiff to serve on the defendants renewed discovery requests that comply with the limitations set by Scheduling Order. The plaintiff may serve no more than a total of 25 interrogatories, 25 requests for production of documents, and 25 requests for admissions. Each interrogatory and admission request shall pose a single question; each production request shall request a single document or category of documents; and

(3) The discovery requests must be served on the defendants on or before **September 17, 2010**. The defendants shall respond to the requests as provided in the Federal Rules of Civil Procedure.

Dated September 3, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge